IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN JAMES HALL, JAVIER O. JASSO, and JEREMY M. EAVES,<br><br>Defendants. | 4:24CR3058<br><br>**FINAL ORDER OF FORFEITURE** |

      This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 246). Having reviewed the record in this case, the Court finds as follows:

      1.    On June 24, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant Jeremy M. Eaves' interest in $1,985.00 United States currency. (Filing No. 142).

      2.    On August 25, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant Bryan James Hall's interest in $1,984.00 United States currency. (Filing No. 168).

      3.    On October 17, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant Javier O. Jasso's interest in $1,985.00 United States currency and $5,465.00 United States currency. (Filing No. 197).

      4.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on June 25, 2025 and beginning on October 21, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on December 22, 2025. (Filing No. 245).

      5.    The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

6.      The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1.      The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 246) is granted;

2.      All right, title and interest in and $1,985.00 United States currency seized from the Defendants on May 28, 2024, and $5,465.00 United States currency seized from Defendant Javier O. Jasso on May 28, 2024, held by any person or entity are forever barred;

3.      The Government is directed to dispose of that currency in accordance with the law.

Dated this 30th day of December, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge